# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1148
_____

Patrick Ryan Bray

*Plaintiff - Appellant*

v.

Bank of America

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: June 3, 2015
Filed: June 9, 2015
[Unpublished]
_____

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.
_____

PER CURIAM.

Florida financial advisor Patrick Ryan Bray appeals the orders of the district court[1] dismissing his Bank Holding Company Act and state-law defamation claims

---

[1] The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

against Bank of America, denying him leave to amend, and denying his motion for reconsideration.

After carefully reviewing the record and the parties' arguments on appeal, this court finds no basis for reversal. *See Plymouth Cnty., Iowa v. Merscorp, Inc.*, 774 F.3d 1155, 1158-59 (8th Cir. 2014) (appellate court reviews dismissal for failure to state a claim de novo); *Mountain Home Flight Serv., Inc. v. Baxter Cnty., Ark.*, 758 F.3d 1038, 1045 (8th Cir. 2014) (appellate court reviews denial of leave to amend for abuse of discretion); *Miller v. Baker Implement Co.*, 439 F.3d 407, 414 (8th Cir. 2006) (appellate court reviews denial of motions under Fed. R. Civ. P. 59(e) or 60(b) for abuse of discretion).

The judgment is affirmed. *See* 8th Cir. R. 47B. Bank of America's pending motion to file a supplemental brief is denied.

_____